ROANNE L. MANN            DATE:    **July 27, 2021**

**UNITED STATES MAGISTRATE JUDGE**    START:    **10:15 a.m.**

                                                 END:      **10:45 a.m.**

**DOCKET NO:**     21-cv-1384 (EK)

**CASE**   Colliers Engineering & Design, Inc. v. Leading Edge Associates, Inc. et al.

**X**    **INITIAL CONFERENCE**          ☐   **OTHER/*CHEEKS* HEARING**

☐    **DISCOVERY CONFERENCE**      ☐   **FINAL/PRETRIAL CONFERENCE**

☐    **SETTLEMENT CONFERENCE**     **X TELEPHONE CONFERENCE**

☐    **MOTION HEARING**           ☐   **INFANT COMPROMISE HEARING**

**PLAINTIFF**

                                                 **ATTORNEY**

|  | Michael Holzapfel |
|---|---|

**DEFENDANTS**

                                                 **ATTORNEY**

| Leading Edge Associates, Inc. | Kenneth Murphy |
|---|---|
| PHIA Group, LLC | Ryan Woody |
| Third-party defendants Roger Knudsen and Hobbie, Corrigan & Decarlo, P.C. | Jacqueline DeCarlo |

**X**   **FACT DISCOVERY TO BE COMPLETED BY**   **March 16, 2022**

☐   **SETTLEMENT CONFERENCE SCHEDULED FOR** _____

☐    **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____

☐    **PL. TO SERVE DEF. BY:**_____      **DEF. TO SERVE PL. BY:**_____

**RULINGS:**    **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court conducts a telephonic initial conference. The case is referred to expedited court-annexed mediation to be completed by September 17, 2021, and the motion to stay is granted, for up to 52 days, on consent of all parties and in order to allow the parties to focus on resolving the case; however, the parties should engage in informal discovery to facilitate settlement discussions. The [30] motion to transfer venue is deemed withdrawn, without prejudice. If mediation is unsuccessful, the parties will propose a new schedule for the motion to transfer venue. Fact discovery must be completed by March 16, 2022. Pleadings may be amended and new parties added as of right by November 22, 2021. The Court defers setting a schedule for expert discovery and requesting a premotion conference. The parties must file a joint mediation status report by September 21, 2021.